UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL WAYNE HILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A** |
| v. ) | **CIVIL CASE** |
| ) | **CASE NO. 2:20-CV-88-D** |
| BERTIE-MARTIN REGINAL JAIL, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusion in the M&R that plaintiff's complaint be dismissed. The court ADOPTS the conclusions in the M&R [D.E. 6], GRANTS plaintiff's motion to proceed in forma pauperis [D.E. 1], and DISMISSES plaintiff's complaint.

**This Judgment Filed and Entered on April 22, 2021, and Copies To:**

| | |
|---|---|
| Michael Wayne Hill | (Sent to 1665 Dogwood Pl, Apartment 1955 Pensacola, FL 32505 via US Mail) |

| | |
|---|---|
| DATE: | PETER A. MOORE, JR., CLERK |
| April 22, 2021 | (By) /s/ Nicole Sellers |
| | Deputy Clerk |